Case: 1:15-cv-01792
Assigned To : Jackson, Ketanji Brown
Assign. Date : 10/20/2015
Description: FOIA/PRIVACY ACT

## UNITED STATES OF AMERICA

### DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BETWEEN;

William Dale MacLeod

Plaintiff

.v.

United States Department of Homeland Security, its department;

United States Customs and Border Protection

Central Intelligence Agency

National Security Agency

United States Department of General Services



Defendants

### STATEMENT OF CAUSE PURSUANT TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA, THE IMMIGRATION ACT OF 1990, AND THE FREEDOM OF INFORMATION ACT, UNITED STATES CODE

1) That the NEXUS vetting service denied an application for the NEXUS card based upon that the plaintiff was an immigrant without legal status. The plaintiff was always a national of Canada. The plaintiff considered moving to the State of New York for education purposes, however reconsidered, would only visit for reasons of diplomacy and United Nations reasons.

2) The plaintiff acknowledges that he does not have a passport and well be applying for his British passport. The plaintiff is also applicable to claim British Nationality.

3) The plaintiff believes that based upon visitation to access study resources not available online and in Canada, and visitation less than six months does not count for application for a Visa under studies, a permit to study in the United States, or any other type of residency document. With the medical disorders the plaintiff has, it would be financially difficult for him to live in the United States of America, and would likely result in high amounts of debt. It may also result in constant travel between the United States of America and Canada.

4) The plaintiff was denied access to any information upon him, and documents in relation to Russia by the Central Intelligence Agency, and any documents in relation to

international relation between Children's Aid Societies in Canada, and international departure data it may hold, and Child Protection Services in the United States of America. The data was only to be used for investigative purposes into Canada's Child Protection System and its international relations and powers, and abduction and crimes committed by Canada's Child Protection System. The Federal Aviation Authority would hold documents in relation to IFR/VFR flights by international airlines, like Lufthansa, to international destinations whereas a high amount of crimes against children happen (i.e. Child Pornography).

5) The plaintiff requested personal information from the National Security Agency and received no response.

6) The plaintiff requested information from the United States Department of General Services and received a response claiming they do not have the information requested.

7) The plaintiff requested information from the United States Department of Homeland Security and received no response.

8) The plaintiff requested review of his NEXUS application by the USCBP ombudsman, the ombudsman responded stating that once the vetting service makes a decision, it cannot be reversed.

9) The plaintiff also claims that his mental health may have caused an issue with the NEXUS application and;

10) The plaintiff requested the Canada Border Services Agency to search for information in relation to the application and they have not found anything. With NEXUS applications within Canada, the United States Customs and Border Protection and the Canada Border Services Agency must issue a letter of denial or acceptance, and if denied, must state their reasons and legal sections of act of law for such reasons.

September 30th 2015

William Dale MacLeod
345 Dufferin Street, 119
Toronto, Ontario
M6K3G1
6476874366, william.macleod@ryerson.ca

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

*ANGELA D. CAESAR*
*Clerk of Court*

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC §636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a United States District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form the case will be randomly assigned for all purposes to a Magistrate Judge.

n:\Forms\Notice of Right to Consent to Trial CO-942A
Rev. 11/11



AO 85(Rev 11/11)
Consent to Trial by MJ

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

William Dale MacLeod
*Plaintiff*

v.  Civil Action No.

USDHS, CIA, NSA, USDGS
*Defendant*

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. Once judgment is entered an appeal must be taken to the U.S. Court of Appeals for the D.C. Circuit and not to the United States District Judge. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| William Dale MacLeod | [signature] | 09/26/15 |
| | | |
| | | |
| | | |

Note: Return this form to the clerk of court only if you are consenting to the exercise jurisdiction by a United States magistrate judge. Do not return this form to a judge.



RECEIVED
Mail Room

OCT - 5 2015

Angela D. Caesar, Clerk of Court
District Court, District of Columbia

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| William Dale MacLeod | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| USDHS, CIA, NSA, USDGS | ) |
| *Defendant/Respondent* | ) |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Position; Student. Ryerson University, 350 Victoria Street, Toronto Ontario
York University, 4700 Keele Street, Toronto, Ontario

My gross pay or wages are:  $ _____0.00__ , and my take-home pay or wages are:  $ _____0.00_ per

*(specify pay period)* _____0_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*



RECEIVED
Mail Room

OCT - 5 2015

Angela D. Caesar, Clerk of Court
District Court, District of Columbia

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
In Canadian Dollars;
759.00 Rent Geared to Income
400.00 Groceries
2800.00 (October and February) Tuition (Can be higher if admitted)
100.00 Cellular

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Approximately 7000.00 UPS Canada
Approximately 3700.00 FedEx Canada

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  ____09/28/2015____

_____
*Applicant's signature*

____Wiilliam Dale MacLeod____
*Printed name*

# CIVIL COVER SHEET

JS-44 (Rev. 7/13 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| William Dale MacLeod | US Department of Homeland Security, Central Intelligence Agency, National Security Agency, US Department of General Services |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 99999 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001, 88888 (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Self-Represented 345 Dufferin Street, 119, Toronto, Ontario, Canada, M6K3G1, 647-687-4366, william.macleod@ryerson.ca | ATTORNEYS (IF KNOWN) United States Department of Justice |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ● 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ● 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and **one in a corresponding Nature of Suit**)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

Other Statutes:
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other) OR ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

Other Statutes
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 462 Naturalization Application
- ☒ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization

- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

Mail Room

OCT - 5 2015

Angela D. Caesar, Clerk of Court
District Court, District of Columbia

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ◉ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi-district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Freedom of Information Act, Constitution of the United States of America, Immigration Act of 1990

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | DEMAND $ 10000<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☒ NO ☐ |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☐ NO ☒ | If yes, please complete related case form |

DATE: 2015-09-28    SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI. CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Court File Number;

UNITED STATES OF AMERICA

DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BETWEEN;

William Dale MacLeod

Plaintiff

.v.

United States Department of Homeland Security, its department;

United States Customs and Border Protection

Central Intelligence Agency

National Security Agency

United States Department of General Services



Defendants

## STATEMENT OF CAUSE PURSUANT TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA, THE IMMIGRATION ACT OF 1990, AND THE FREEDOM OF INFORMATION ACT, UNITED STATES CODE

1) That the NEXUS vetting service denied an application for the NEXUS card based upon that the plaintiff was an immigrant without legal status. The plaintiff was always a national of Canada. The plaintiff considered moving to the State of New York for education purposes, however reconsidered, would only visit for reasons of diplomacy and United Nations reasons.

2) The plaintiff acknowledges that he does not have a passport and well be applying for his British passport. The plaintiff is also applicable to claim British Nationality.

3) The plaintiff believes that based upon visitation to access study resources not available online and in Canada, and visitation less than six months does not count for application for a Visa under studies, a permit to study in the United States, or any other type of residency document. With the medical disorders the plaintiff has, it would be financially difficult for him to live in the United States of America, and would likely result in high amounts of debt. It may also result in constant travel between the United States of America and Canada.

4) The plaintiff was denied access to any information upon him, and documents in relation to Russia by the Central Intelligence Agency, and any documents in relation to

international relation between Children's Aid Societies in Canada, and international departure data it may hold, and Child Protection Services in the United States of America. The data was only to be used for investigative purposes into Canada's Child Protection System and its international relations and powers, and abduction and crimes committed by Canada's Child Protection System. The Federal Aviation Authority would hold documents in relation to IFR/VFR flights by international airlines, like Lufthansa, to international destinations whereas a high amount of crimes against children happen (i.e. Child Pornography).

5) The plaintiff requested personal information from the National Security Agency and received no response.

6) The plaintiff requested information from the United States Department of General Services and received a response claiming they do not have the information requested.

7) The plaintiff requested information from the United States Department of Homeland Security and received no response.

8) The plaintiff requested review of his NEXUS application by the USCBP ombudsman, the ombudsman responded stating that once the vetting service makes a decision, it cannot be reversed.

9) The plaintiff also claims that his mental health may have caused an issue with the NEXUS application and;

10) The plaintiff requested the Canada Border Services Agency to search for information in relation to the application and they have not found anything. With NEXUS applications within Canada, the United States Customs and Border Protection and the Canada Border Services Agency must issue a letter of denial or acceptance, and if denied, must state their reasons and legal sections of act of law for such reasons.

September 30th 2015

*[signature]*

William Dale MacLeod
345 Dufferin Street, 119
Toronto, Ontario
M6K3G1
6476874366, william.macleod@ryerson.ca

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

*ANGELA D. CAESAR*
*Clerk of Court*

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC §636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a United States District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form the case will be randomly assigned for all purposes to a Magistrate Judge.

n:\Forms\Notice of Right to Consent to Trial CO-942A
Rev. 11/11

OCT - 5 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

AO 85(Rev 11/11)
Consent to Trial by MJ

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__William Dale MacLeod__
*Plaintiff*

v.                                    Civil Action No.

__USDHS, CIA, NSA, USDGS__
*Defendant*

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. Once judgment is entered an appeal must be taken to the U.S. Court of Appeals for the D.C. Circuit and not to the United States District Judge. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| William Dale MacLeod | [signature] | 09/26/15 |
| | | |
| | | |
| | | |

Note: Return this form to the clerk of court only if you are consenting to the exercise jurisdiction by a United States magistrate judge. Do not return this form to a judge.


RECEIVED
Mail Room
OCT - 5 2015
Angela D. Caesar, Clerk of Court
District Court, District of Columbia